UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 21-00113-PA (AS) | Date | April 30, 2021 |
|---|---|---|---|
| Title | *David Daryl Jones, et. al., v. Myvette Goldburn* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On March 23, 2021, the Court issued an Order dismissing Plaintiffs' Second Amended Complaint with leave to amend and directing Plaintiffs to file a Third Amended Complaint within thirty days if they still wished to pursue this action. (Dkt. No. 12). The Court's Order warned Plaintiffs that "failure to timely file a Third Amended Complaint . . . may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and obey court orders" under Federal Rule of Civil Procedure 41(b). (Id. at 16). To date, Plaintiff has failed to file a Third Amended Complaint, request an extension of time to do so, or otherwise communicate with the Court.

The Court will provide Plaintiff a **final opportunity** to file a Third Amended Complaint. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than May 21, 2021**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Third Amended Complaint that complies with the Court's previous orders or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Third Amended Complaint.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. <u>Plaintiff is again warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.</u>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | CV 21-00113-PA (AS) | Date | April 30, 2021 |
|---|---|---|---|
| Title | *David Daryl Jones, et. al., v. Myvette Goldburn* | | |

**IT IS SO ORDERED.**

cc: Percy Anderson, United States District Judge

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |