# CIVIL MINUTES – GENERAL

| Case No. | CV 21-00113-PA (AS) | Date | July 9, 2021 |
|---|---|---|---|
| Title | David Daryl Jones, et. al., v. Myvette Goldburn, et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO FILE OPPOSITION TO MOTION TO DISMISS**

On May 26, 2021, the Court issued an Order vacating its previously issued order dismissing the second amended complaint with leave to amend and requiring Plaintiffs to file a response to Defendant's motion to dismiss no later than June 28, 2021. (Dkt. No. 15). Plaintiffs were warned that failure to timely file an opposition to the motion to dismiss may be deemed consent to the granting of the motion to dismiss pursuant to Local Rule 7-12, which would result in the dismissal of this case. Id.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE**, in writing, **no later than July 19, 2021**, as to why this action should not be dismissed with prejudice for failure to abide by court orders. This Order will be discharged upon the filing of an opposition to the motion to dismiss in compliance with the Court's May 26, 2021 Order, (a copy of which is attached), or a statement of non-opposition to the motion to dismiss.

**If Plaintiffs no longer wishes to pursue this action, they may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiffs' convenience. Plaintiffs are warned that a failure to timely respond to this Order may result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

IT IS SO ORDERED.

cc: Percy Anderson
    United States District Judge