# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DARYL JONES, et. al.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>DEPUTY MYVETTE GOLDBURN, et. al.,<br><br>                  Defendants. | Case No. CV 21-00113-PA (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

    **IT IS ORDERED** that Defendant's Motion to Dismiss is GRANTED

IN PART: Claim One, Plaintiff David Daryl Jones, the County of Los Angeles, and Doe Defendants 1-15 are DISMISSED from this action.[1]

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at his current address of record.

DATED: December 28, 2021

                                           _____
                                                 PERCY ANDERSON
                                         UNITED STATES DISTRICT JUDGE

---

[1] On December 1, 2021, Defendant Goldburn filed an Answer to Claim Two of the Complaint. See Dkt. No. 35.

2