**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID DARYL JONES, et. al., | Case No. CV 21-0113-PA (AS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEPUTY GOLDBURN MYVETT, et, al., | |
| Defendants. | |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

    DATED: May 23, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE